JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BMW OF NORTH AMERICA, LLC et al.,

Plaintiffs,

v.

92 MOTORSPORTS LLC et al.,

Defendants.

Case No. 2:26-cv-02611-SB-BFM

FINAL JUDGMENT

For the reasons stated in the separate order granting default judgment entered this date, it is ordered that:

1. Defendant 92 Motorsports LLC shall pay Plaintiffs $34,989.84 in treble profits;

2. Defendant 92 Motorsports LLC shall pay Plaintiffs $2,699.39 in attorney's fees;

3. And Defendant 92 Motorsports LLC is enjoined and restrained from infringing Plaintiffs' BMW Marks (as defined in the order granting default judgment), including by:

   a. Copying, manufacturing, importing, exporting, purchasing, marketing, selling, offering for sale, distributing, dealing in, or otherwise using the BMW Marks, or marks confusingly or substantially similar to them, in connection with goods or services in a manner that infringes Plaintiffs' trademark rights;

b. Using the BMW marks to advertise non-genuine BMW parts or accessories in a manner likely to suggest that the products are genuine, sponsored, endorsed, or otherwise affiliated with BMW, except for otherwise lawful nominative or descriptive fair use; and

c. Selling, offering for sale, or distributing non-genuine BMW parts or accessories bearing counterfeit BMW Marks or otherwise in a manner that infringes Plaintiffs' rights in the BMW Marks.

This is a final judgment.

Date: October 7, 2026

Stanley Blumenfeld, Jr.
United States District Judge